*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00425-CV

Susie **AGUILERA**,
Appellant

v.

Santiago **NAVA** and Jessica DeLuna,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 06-09-21974-MCV
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed: March 31, 2010

APPELLEE'S MOTION TO DISMISS GRANTED; APPEAL DISMISSED IN PART

On February 22, 2010, we ordered appellant to show cause why appellee Jessica DeLuna should not be dismissed from this appeal. Although appellant responded to our show cause order, appellant's response provides no compelling reasons for why we should not dismiss the appeal as to appellee DeLuna. Appellee's motion to dismiss is therefore granted, and the appeal is dismissed as to appellee DeLuna.

PER CURIAM